# DOCUMENTS TO BE SEALED

## PLAINTIFF

### -V-

## DEFENDANT

**DOCKET NUMBER:** 24 CV 00372

**DATE FILED:** JAN 18 2024

**SIGNED BY:** JUDGE CAPRONI

**DATE SIGNED:** JAN 08 2024

24 MC 12

**TO BE FILED UNDER SEAL:**

___ ENTIRE ACTION

✓ COMPLAINT/PETITION ONLY

___ OTHER DOCUMENTS/EXHIBITS

Summons issued