UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

P.K.,

          Plaintiff,

-against-

ALEJANDRO MAYORKAS, et al.,

          Defendants.

24-CV-00372 (LAK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    On January 18, 2024 Plaintiff filed her Petition seeking, in part, mandamus and injunctive relief with respect to Plaintiff's asylum application. (*See* ECF 3.) By Order of Reference dated, February 1, 2024, Judge Lewis A. Kaplan referred this case to a Magistrate Judge for general pretrial supervision and dispositive motions. (ECF 5.)

    It is ORDERED that, **by March 12, 2024**, Plaintiff shall file a memorandum of law in support of her request for affirmative relief. The Government shall, by **April 9, 2024**, file a memorandum of law in opposition to Plaintiff's request. Plaintiff shall, by **April 23, 2024**, file any reply memorandum. The memoranda and other materials shall comply with the Court's individual practices.

    The parties are directed to consult my Individual Rules of Practice, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky.

DATED:  February 27, 2024
           New York, New York

SO ORDERED.

*[signature]*

**ROBYN F. TARNOFSKY**
United States Magistrate Judge