UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

P.K.,

                     Plaintiff,

-v-                                           24-CV-00372 (LAK) (RFT)

ALEJANDRO MAYORKAS, et al.,                **ORDER**
                     Defendants.

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

        On January 18, 2024, Plaintiff filed a Complaint against Defendants in connection with her asylum application. (*See* ECF 3.) After reviewing the allegations in the Complaint and the affirmative relief it requested, I issued a Scheduling Order directing Plaintiff to submit a memorandum of law in support of her request for affirmative relief by March 12, 2024. (ECF 7.)

        On February 29, 2024, Plaintiff submitted a letter stating that she is not seeking mandamus relief and seeking "further clarification as to the form and content of the submission that this Court expects from Plaintiff on March 12, 2024." (ECF 9.) While I appreciate Plaintiff's clarification that she does not seek mandamus relief, her Complaint does state that it seeks a preliminary and permanent injunction. (*See* ECF 3.) If Plaintiff is requesting preliminary injunctive relief, she shall make a motion by March 12, 2024, for a preliminary injunction and support that motion with an appropriate submission, which would include, at a minimum, a notice of motion and a memorandum of law, but which could include other materials. If Plaintiff believes that her Complaint sufficiently supports a motion for a preliminary injunction, she may elect to file a notice of motion and a letter stating that she is relying solely on the allegations and legal authority referenced in the Complaint to support that motion.

        If Plaintiff files a motion for a preliminary injunction, Defendants may, in addition to opposing that motion by April 9, 2024, file any appropriate cross motion by April 9, 2024. If

Plaintiff does not file a motion for a preliminary injunction by March 12, 2024, Defendants shall respond to the Complaint by March 26, 2024.

DATED: March 1, 2024
New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge